JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
Andrew Lucas

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-cr-71 AWI |
|---|---|
| Plaintiff, | **STIPULATION and ORDER TO CONTINUANCE OF STATUS CONFERENCE FOR CHANGE OF PLEA** |
| vs. | |
| ANDREW JAMES LUCAS, | **Date: April 9, 2012**<br>**Time: 10:00 a.m.** |
| Defendant | |

The Defendant, ANDREW JAMES LUCAS, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Kevin Rooney, hereby stipulate as follows:

1. The status conference in this matter is currently set for April 9, 2012 at 10:00 a.m.

2. The defense is seeking a continuance of the status conference due to counsel's unavailability on April 9, 2012. Counsel has several court appearances scheduled on April 9 that he must appear on personally. The court appearances are all set in Bakersfield, CA.

3. The defense is requesting that Mr. Lucas' status conference be continued to April 30, 2012, at 10:00 a.m. The defendant will enter a plea on that date pursuant to the plea agreement that has been reached.

4. The United States has no objection to the requested continuance and the date selected.

The parties agree that the time until the next status conference be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

Joint Stipulation of all parties to Continue Trial - 1

**IT IS SO STIPULATED.**

DATED: April 3, 2012          The Law Office of Kyle J. Humphrey

By: /s/ Jared M. Thompson
Jared M. Thompson, Attorney for
Defendant, Andrew Lucas

DATED: April 3, 2012          United States Attorney's Office

By: /s/ Kevin Rooney
Kevin Rooney
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that Mr. Lucas' Status Conference date, currently set on April 9, 2012, at 10:00 a.m., be continued to April 30, 2012, at 10:00 a.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated: April 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE

Joint Stipulation of all parties to Continue Trial - 2